**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: **19MJ10650-WVG-WQH** |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| HARVINDER SINGH, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED October 31, 2019.

_____
William V. Gallo
United States Magistrate Judge